UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Case No. 2:10-cr-33
                                                            HON. R. ALLAN EDGAR

DAVID RYAN LEMON,

    Defendant.
_____/

## ORDER

        Pursuant to a hearing conducted in this matter on April 20, 2012, the court finds by a preponderance of the evidence that defendant David Ryan Lemon is presently suffering from a mental disease or defect and that he should, in lieu of being sentenced to imprisonment, be committed to a suitable facility for care or treatment. 18 U.S.C. § 4244(d). Defendant is committed to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for care or treatment in a suitable facility. This commitment constitutes a provisional sentence of imprisonment of 25 years, the maximum term authorized by law for the offense for which the defendant was found guilty.

                                                            /s/ R. Allan Edgar
                                                            R. ALLAN EDGAR
                                                            UNITED STATES DISTRICT JUDGE

Dated:   5/29/2012